Chief Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX A. KIBKALO<br><br>Defendant. | NO. MJ14-114<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  **Eligibility of Case.**  This case is eligible for a detention order because this case involves a serious risk the defendant will flee.

2.  **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required.

3.  **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing after a continuance of 3 days.

//

//

GOVERNMENT'S MOTION FOR DETENTION/ - 1
ALEX A. KIBKALO, MJ14-114

1 | DATED this 19th day of March, 2014

2 

3 | Respectfully submitted,

4 | JENNY A. DURKAN
United States Attorney

5 

6 | *s/ Norman M. Barbosa*
NORMAN M. BARBOSA

7 | Assistant United States Attorney
WA Bar #28188

8 | United States Attorney's Office

9 | 700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

10 | Telephone: (206) 553-4937

11 | Facsimile: (206) 553-4440
E-mail: Norman.Barbosa@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S MOTION FOR DETENTION/ - 1
ALEX A. KIBKALO, MJ14-114

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

/s/Anna Chang
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Facsimile: (206) 553-4440
E-mail: Anna.Chang@usdoj.gov

GOVERNMENT'S MOTION FOR DETENTION/ - 1
ALEX A. KIBKALO, MJ14-114

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970