01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,               )
                                           )   CASE NO. MJ 14-114
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   DETENTION ORDER
11 ALEX A. KIBKALO,                        )
                                           )
12          Defendant.                     )
   _____ )

13

14  Offense charged:      Theft of Trade Secrets

15  Date of Detention Hearing:    March 19, 2014.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      Defendant has been charged by Complaint with intent to convert trade secrets

DETENTION ORDER
PAGE -1

01 belonging to Microsoft, specifically Microsoft's Activation Server Software Development Kit.

02      2.      Defendant is a native and resident of Russia.   He was not interviewed by

03 Pretrial Services, so much of his background information is unknown or unverified.

04      3.      Defendant does not object to entry of an order of detention.

05      4.      Defendant poses a risk of nonappearance due to ties to Russia and lack of ties to

06 this District, as well as unknown background information.   He is not viewed as posing a risk of

07 danger.

08      5.      There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13       General for confinement in a correction facility separate, to the extent practicable, from

14       persons awaiting or serving sentences or being held in custody pending appeal;

15   2.  Defendant shall be afforded reasonable opportunity for private consultation with

16       counsel;

17   3.  On order of the United States or on request of an attorney for the Government, the

18       person in charge of the corrections facility in which defendant is confined shall deliver

19       the defendant to a United States Marshal for the purpose of an appearance in connection

20       with a court proceeding; and

21   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22       for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01    Officer.

02    DATED this 19th day of March, 2014.

03

04                                    Mary Alice Theiler
                                      Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3